1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant BANEGA
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   No. CR 12-549 RS
                                    )
11         Plaintiff,                )  **STIPULATION AND [PROPOSED]**
                                    )   **ORDER FOR CONTINUANCE OF**
12     v.                            )  **STATUS CONFERENCE**
                                    )   **AND EXCLUSION OF TIME**
13 MAURIEL BANEGA,                  )
                                    )   Date: August 21, 2012
14         Defendant.                )  Time: 2:30 p.m.
                                    )   Court: The Honorable Richard Seeborg
15 _____)

16
       The parties hereby stipulate and agree as follows:
17
       1.   This matter was set for a status conference on August 7, 2012 at 2:30 p.m.;
18
       2.   Defense counsel needs more time to continue their investigation into the length
19
            and type of sentences for Mr. Banega's prior convictions;
20
       3.   Counsel for the government has been contacted and has no objection to the
21
            continuation;
22
       4.   The defense thus requests that the status conference be
23
            continued, and that a change of plea hearing be set for August 21, 2012 at
24
            2:30 p.m.
25
       5.   Further, and in light of the foregoing, the parties stipulate and jointly request that
26

12-549 RS; Stipulation to Continue          1

| | |
|---|---|
| 1 | time be excluded from the Speedy Trial Act calculations from Tuesday, August 7, |
| 2 | 2012 through Tuesday, August 21, 2012 on the basis of effective assistance of |
| 3 | counsel. The parties agree that the ends of justice served by granting such a |
| 4 | continuance outweigh the best interests of the public and the defendant in a |
| 5 | speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).. |

IT IS SO STIPULATED.

Dated: August 6, 2012

_____/s/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: August 6, 2012

_____/s/_____
MARK KANG
ASSISTANT UNITED STATES ATTORNEY

# [~~PROPOSED~~] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from August 7, 2012 to August 21, 2012 at 2:30 p.m.

In addition, for the reasons stated above, the Court finds that an exclusion of time from Tuesday, August 7, 2012 through Tuesday, August 21, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).

**IT IS SO ORDERED**.

DATED: __8/7/12_____          _____
                                   THE HONORABLE RICHARD SEEBORG
                                   UNITED STATES DISTRICT JUDGE